# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**NICKELAS NECESSITY BREWER**                                         **PETITIONER**
**ADC #116152**

v.                  **CASE NO. 3:17-CV-00341 BSM**

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**                                      **RESPONDENT**

## ORDER

The recommended disposition [Doc. No. 11] submitted by United States Magistrate Judge J. Thomas Ray has been received. No objections have been filed. After careful consideration of the record, the recommended disposition is adopted in its entirety. Accordingly, Brewer's petition for writ of *habeas corpus* [Doc. No. 1] is dismissed without prejudice for failure to prosecute, and the relief sought is denied. A certificate of appealability will not be granted because Anderson has not made a substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253(c)(1)-(2).

IT IS SO ORDERED this 10th day of April 2018.

                                                                          _____
                                                                          UNITED STATES DISTRICT JUDGE