IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**NICKELAS NECESSITY BREWER**   **PETITIONER**
**ADC #116152**

v.   **CASE NO. 3:17-CV-00341 BSM**

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**   **RESPONDENT**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 10th day of April 2018.

_____
UNITED STATES DISTRICT JUDGE